UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.F., *et al.*, | Case No. 2:24-cv-01009-JDP |
| Plaintiffs, | |
| v. | ORDER AFTER HEARING |
| SIERRA-PLUMAS JOINT UNIFIED SCHOOL DISTRICT, | |
| Defendants. | |

This case was before the court on August 29, 2024, for hearing on defendants Sierra-Plumas Joint Unified School District ("SPJUSD") and Megan Meschery's motion to dismiss plaintiffs' claims against them pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rule of Civil Procedure. ECF No. 14. Attorney Aaron Doyle appeared on behalf of plaintiffs. Attorney Carol Wieckowski appeared on behalf of defendants SPJUSD and Meschery, and attorney Grant Wiltshire appeared on behalf of defendant Emma Shaffer.

For the reasons state on the record, it is hereby ORDERED that defendants' motion to dismiss, ECF No. 43, is granted as follows:

1. The complaint's substantive due process claim (First Cause of Action) and state law claims (Seventh, Eighth, Tenth, and Twelfth Causes of Action) against Meschery are dismissed with leave to amend.

1

2. Plaintiff M.F.'s remaining claims under 42 U.S.C. § 1983 (Second Cause of Action) against Meschery are dismissed without leave to amend.

3. Plaintiff M.F.'s Title IX of the Education Amendments of 1972 claim (Third Cause of Action) against SPJUSD is dismissed with leave to amend.

4. All other claims against SPJUSD are dismissed without leave to amend.

5. Plaintiffs may file an amended complaint consistent with this order by no later than September 19, 2024.

IT IS SO ORDERED.

Dated:   September 3, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE