UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.F., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SIERRA-PLUMAS JOINT UNIFIED SCHOOL DISTRICT, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-1009-JDP <br><br><br> ORDER TO SHOW CAUSE |

On October 11, 2024, defendants Meschery and Sierra-Plumas Joint United School District filed motions to dismiss and strike portions of plaintiffs' first amended complaint. ECF Nos. 28 & 29. To date, plaintiffs have not filed a response to either motion.

Under the court's local rules, a responding party is required to file an opposition or statement of non-opposition to a motion no later than fourteen days after the date it was filed. E.D. Cal. L.R. 230(c). To manage its docket effectively, the court requires litigants to meet certain deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a

duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

The court will give plaintiffs the opportunity to explain why sanctions should not be imposed for failure to file an opposition or statement of non-opposition to defendants' motions. Plaintiffs' failure to respond to this order will constitute a failure to comply with a court order and will result in dismissal of this action.

Accordingly, it is hereby ORDERED that:

1. The December 12, 2024 hearing on defendants' motions is continued to January 16, 2025, at 10:00 a.m., in Courtroom No. 9.

2. By no later than December 5, 2024, plaintiffs shall file an opposition or statement of non-opposition to defendants' motions.

3. Plaintiffs shall show cause, by no later than December 5, 2024, why sanctions should not be imposed for failure to timely file an opposition or statement of non-opposition to defendants' motion.

4. Defendants may file a reply to plaintiffs' opposition, if any, no later than December 19, 2024.

IT IS SO ORDERED.

Dated:   November 19, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE