UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.F., *et al.*, | Case No.  2:24-cv-1009-JDP |
| Plaintiffs, | |
| v. | ORDER |
| SIERRA-PLUMAS JOINT UNIFIED SCHOOL DISTRICT, | |
| Defendants. | |

On September 12, 2025, the court granted defendant Sierra-Plumas Joint Unified School District and Meschery's motion to dismiss and granted plaintiffs twenty-one days to file an amended complaint. ECF No. 45. Plaintiffs did not file an amended complaint by April 2, 2026. Accordingly, on April 2, 2026, the court ordered the parties to file status reports addressing how the parties plan to proceed with all remaining claims. ECF No. 46. Defendants timely submitted a status report. ECF No. 47. Plaintiffs, however, failed to file a status report.

To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to

1

administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

The court will give plaintiffs the opportunity to explain why sanctions should not be imposed for failure to file a status report.  Plaintiffs' failure to respond to this order will constitute another failure to comply with a court order and will result in the dismissal of this action.  Should plaintiffs wish to continue with this lawsuit, they shall file a status report as required by the court's April 2, 2026 order and explain why sanctions should not be imposed.

Accordingly, it is hereby ORDERED that:

1.  By no later than April 21, 2026, plaintiffs shall file a status report in accordance with the court's April 2, 2026 order.  *See* ECF No. 46.

2.  Plaintiffs shall show cause, by no later than April 21, 2026, why sanctions should not be imposed for failure to comply with the court's April 2, 2026 order.

3.  Failure to comply with this order will result in the imposition of sanctions, including the dismissal of this action for lack of prosecution and for failure to comply with court orders.

IT IS SO ORDERED.

Dated:    April 14, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2